```
 1 │ CENTER FOR DISABILITY ACCESS, LLP
   │ MARK D. POTTER, ESQ., SBN 166317
 2 │ RUSSELL C. HANDY, ESQ., SBN 195058
   │ 3405 Kenyon Street, Suite 502
 3 │ San Diego, Ca 92110-5008
   │ (619) 226-9010
 4 │ Fax (619) 226-9030
 5 │ Attorneys for Plaintiff, MARY WINIC, & PAM MILLER
```

FILED
APR 29 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

COPY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ✓

LODGED
2005 APR 28 PM 1:26
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WINIC, & PAM MILLER<br><br>Plaintiffs,<br><br>v.<br><br>SC ENTERPRISES SMBP LLC, A Delaware Limited Liability Company; ACAPULCO RESTAURANTS, INC., A Delaware Corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV04 – 9363 DT (SSx)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)** |

## STIPULATION

IT IS STIPULATED by and between the parties hereto that this action be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as a result of the settlement of the action.

///
///
///

DOCKETED ON CM
MAY - 2 2005
BY _____ 007

1

2   The Court shall retain jurisdiction over all disputes between (among) the parties
3   arising out of the settlement agreement, including but not limited to interpretation and
4   enforcement of the terms of the settlement agreement.

5

6   IT IS SO STIPULATED.

7                                                  CENTER FOR DISABILITY ACCESS, LLP

8

9

10  Dated: 4-25-05                         _____
11                                                  Mark D. Potter
                                                    Attorney for Plaintiff
12

13

14                                                 ROBERTS RASRE & BLANTON LLP

15

16

17  Dated: _____              _____
18                                                  Kelly C. Fitzgerald
                                                    Attorney for Defendants
19

20

21                                                 SEYFARTH SHAW, LLP

22

23

24  Dated: _____              _____
25                                                  Todd C. Hunt
                                                    Attorney for Defendants
26

27

28

2  The Court shall retain jurisdiction over all disputes between (among) the parties
3  arising out of the settlement agreement, including but not limited to interpretation and
4  enforcement of the terms of the settlement agreement.

6  IT IS SO STIPULATED.

7                                       CENTER FOR DISABILITY ACCESS, LLP

10 Dated: _____
11                                      Mark D. Potter
                                         Attorney for Plaintiff

14                                    ROBERTS RASRE & BLANTON LLP

17 Dated: 4/15/05
18                                    Kelly C. Fitzgerald
                                   Attorney for Defendants

21                                    SEYFARTH SHAW, LLP

24 Dated: 03-25-05
25                                    Todd C. Hunt
                                   Attorney for Defendants

27                                                IT IS SO ORDERED
28                                                Dated APR 29 2005

                                                  DICKRAN TEVRIZIAN

## PROOF OF SERVICE

Short Case Name: *Winic/Miller v. SC Enterprises, et al.*

Case No.: CV04-9363-DT (SSx)

I, the undersigned, am over the age of eighteen years and am a resident of San Diego County, California; I am not a party to the above-entitled action; my business address is. 3405 Kenyon Street Suite 502 San Diego Ca 92110

On April 27, 2005, I served the following document(s):

STIPULATION FOR DISMISSAL

Addressed to:

| | |
|---|---|
| Todd C. Hunt, Esquire | Kelly C. Fitzgerald, Esquire |
| Seyfarth Shaw, LLP | Roberts, Rasre & Blanton, LLP |
| 2029 Century Park East, Suite 3300 | 445 South Figueroa Street, Suite 3200 |
| Los Angeles, CA 90067-3063 | Los Angeles, CA 90071 |

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

_____ (BY FACSIMILE) In addition to service by mail as set forth above, the counsel by whose name an asterisk is affixed on the attached service list were also forwarded a copy of said document(s) by facsimile.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on April 27, 2005, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Carisia A. Pritchard, Legal Assistant